THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: February 14, 2018



Susan V. Kelley
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re
Sonja K Brown,
    Debtor.

Chapter 13
Case No. 17-23442-svk

### ORDER SUSTAINING OBJECTION OF THE CITY OF MILWAUKEE TO CONFIRMATION OF THE PLAN

A hearing was held February 13, 2018 to consider the Objection of the City of Milwaukee to Confirmation of the Plan. The Trustee's attorney, Jennifer Marchinowski, the City's attorney, Kevin Sullivan, and the Debtor's attorney, Jonathan Mas, appeared. Based on the statements made on the record,

IT IS THEREFORE ORDERED: the Objection to confirmation is sustained;

IT IS FURTHER ORDERED: on or before February 21, 2018, the Debtor must file an amended feasible Plan; and

IT IS FURTHER ORDERED: the Debtor must provide satisfactory proof of insurance on the property to Attorney Sullivan on or before February 16, 2018. If the Debtor fails to comply, the City may file an affidavit of default and proposed order granting the City's motion for relief from stay and abandonment.

#####