THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: March 9, 2018



Susan V. Kelley
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Sonja K. Brown                                   Case No. 17-23442-svk

Debtor

**ORDER GRANTING CITY OF MILWAUKEE'S MOTION FOR RELIEF FROM STAY AND ABANDONMENT**

Based upon the affidavit of Kevin P. Sullivan, dated and filed March 1, 2018,

IT IS THEREFORE ORDERED: The motion of the City of Milwaukee for relief from the automatic stay and abandonment is hereby granted.

IT IS FURTHER ORDERED: This order is effective immediately.

# # # # #

1060-2017-1504:247310